

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        *Main:  (973) 645-2700*
*Newark, New Jersey 07102*           *Direct: (973) 297-2029*
*christopher.stratigeas@usdoj.gov*

August 11, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re:**   ***Mera Largo v. Blanche, et al.,* No. 26-09685 (MCA)**
     **Petitioner's Release**

Dear Judge Arleo:

  This Office represents Respondents in this habeas action.  We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:35 p.m. on August 7, 2026.  Due to an administrative error, this Office did not file the release letter within three days as required by the Order.  We apologize for the error and the delay.

  We therefore respectfully request that the Court close this case and lift all temporary restraints.  We thank the Court for its attention to this matter.

       Respectfully submitted,

       ROBERT FRAZER
       United States Attorney General

    By:  */s Christopher J. Stratigeas*
       CHRISTOPHER J. STRATIGEAS
       Assistant United States Attorney
       *Attorneys for the Respondents*

cc:   All counsel of record (*via electronic filing*)

      Ordered case shall be closed.
     SO ORDERED

      *s/Madeline Cox Arleo*
     MADELINE COX ARLEO, U.S.D.J.

     Date:  8/12/26